UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

Briese Lichttechnik Vertriebs GmbH,

        Plaintiff,

   -v-                                          No. 09 Civ. 7279 (LTS)

Brent Langton and B2PRO,

        Defendants.

------------------------------------------------------x

### ORDER

The Court held a Pre-Trial Conference in this action today in which Plaintiff, in light of its filing of a complaint in a new action, Civil Case no. 09 Civ. 9790, made an oral application to voluntarily dismiss the complaint in this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a). That request is granted. The Clerk of Court is respectfully requested to close this case.

        SO ORDERED.

Dated: New York, New York
       December 4, 2009

                                                             LAURA TAYLOR SWAIN
                                                              United States District Judge